*E-FILED: July 10, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA CLARISA HERNANDEZ,<br><br>      Plaintiff,<br>  v.<br><br>LAM ANH NGUYEN ET AL.,<br><br>      Defendants.<br>_____/ | No. C13-02007 HRL<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

Plaintiff having filed a notice of settlement, all previously scheduled deadlines and appearances are vacated.

**On or before August 8, 2013**, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **August 20, 2013**, **10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Plaintiff shall file a statement in response to this Order to Show Cause **no later than August 13, 2013**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a

dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

SO ORDERED.

Dated: July 10, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C 13-02007 HRL Order will be electronically mailed to:**

2 Tanya Eugene Moore tanya@moorelawfirm.com, jessica@moorelawfirm.com, marejka@moorelawfirm.com, maribel@moorelawfirm.com, paralegal@moorelawfirm.com,
3 whitney@moorelawfirm.com

4 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**